IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH W. CHAPMAN,

    Petitioner,

vs.

JOSE M. VASQUEZ,

    Respondent.

CIVIL ACTION NO. CV204-163

## ORDER

After consideration of the Government's Motion to Stay the above styled case pending resolution of Brown v. McFadden, No. 04-1411132-F, a similar case pending in the Eleventh Circuit Court of Appeals, the same is hereby **GRANTED**. (Doc. 7.) Counsel for Respondent shall immediately notify the Court when a decision has been entered in Brown.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    2:04-cv-00163
Date Served:    May 4, 2005
Served By:

Attorneys Served:

    Joseph W. Chapman
    Amy Lee Copeland, Esq.

\_\_\_ Copy placed in Minutes

\_\_\_ Copy given to Judge

\_\_\_ Copy given to Magistrate